# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

<u>John M. Mitchell</u>

Civil Case # 1:19-cv-02848-RLY-TAB

## MOTION TO SUBSTITUTE PARTY PLAINTIFF
## AND FOR LEAVE TO FILE SECOND AMENDED SHORT FORM COMPLAINT

COMES NOW, Plaintiff John M. Mitchell and files this motion to substitute his surviving spouse, Kathleen Gentle Mitchell, as the proper plaintiff pursuant to Federal Rule of Civil Procedure 25(a)(1). In support thereof, Plaintiff respectfully shows the court the following:

1. Plaintiff John M. Mitchell filed the present action in the United States District Court for the Southern District of Indiana on July 10, 2021.

2. Plaintiff John M. Mitchell died on or about September 21, 2022.

3. On February 19, 2025, Plaintiff filed a suggestion of death pursuant to Federal Rule of Civil Procedure 25(a)(1). *See* Doc. No. 26499. Plaintiff's counsel recently learned of the death of John M. Mitchell after contacting his wife.

4. Kathleen Gentle Mitchell, surviving spouse of John M. Mitchell, is the proper party plaintiff to substitute for Plaintiff-decedent John M. Mitchell and has proper capacity to proceed forward with the surviving products liability lawsuit on Plaintiff-decedent's behalf, pursuant to Fed. R. Civ. P. 25(a)(1), stating, "[i]f a party dies, and the claim is not extinguished, the court may

order substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor or representative."

5. Plaintiff thus moves to substitute Kathleen Gentle Mitchell, as Executor of the Estate of John M. Mitchell, Deceased, as Plaintiff in the present action.

6. Plaintiff also moves to amend the Complaint, as well as the caption of the Complaint, to correct the proper Plaintiff (specifically, Kathleen Gentle Mitchell, as Executor of the Estate of John M. Mitchell, Deceased) and to update and include information, allegations, and actions within the Complaint to reflect that Plaintiff John M. Mitchell is now deceased.

7. A proposed Second Amended Short Form Complaint is attached hereto as Exhibit "A".

8. Pursuant to Federal Rules of Civil Procedure 15(a)(2), a party may amend its pleading only with the opposing party's written consent or the Court's leave. The Court should freely give leave when justice so requires.

WHEREFORE, counsel for Plaintiff requests this Court for the following relief (1) the Court substitute Kathleen Gentle Mitchell, as Executor of the Estate of John M. Mitchell, Deceased, as Party Plaintiff for John M. Mitchell; (2) the Court grant leave to file the attached Second Amended Short Form Complaint (Case 1:19-cv-02848-RLY-TAB); and, (3) the Court deem the attached Second Amended Short Form Complaint filed instanter. A proposed Order is attached hereto as Exhibit "B".

Dated: April 3, 2025.

        Respectfully Submitted,

        */s/ Ben C. Martin*
        Ben C. Martin, TX Bar No. 13052400
        **Ben Martin Law Group, PLLC**
        3141 Hood Street, Suite 600
        Dallas, TX 75219
        Tel.: (214) 761-6614
        Fax: (214) 744-7590
        bmartin@bencmartin.com

        ***Attorney for Plaintiff***

## CERTIFICATE OF SERVICE

I hereby certify that on April 3, 2025, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

        */s/ Ben C. Martin*
        Ben C. Martin